Margaret NOONAN, individually and as administratrix, etc., respondent, v. William W. WALLACE et al., appellants; Ambrose Hussey and Nat C. Strong, etc., and the Ridgewood Exhibition Company, respondents. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Interlocutory judgment and decision reversed as to defend-

ants Jennie Wallace and Charles Rueger. As to the other defendants, judgment modified, by dismissing plaintiff's complaint as an individual, limiting the accounting to ten years prior to the commencement of the action, and, as so modified, affirmed, without costs. Settle order, including the propriety of substituting an official referee, to save expense to the parties, on two days' notice to the referee, before Stapleton, J. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.